## ATTACHMENT C

Documents and Tangible Things of Which Defendant is Aware are Listed or Referenced in the GBI Investigative File or the Autopsy Report of the State Medical Examiner's Office

## CAFN: 3:16-CV-201-TCB

| GBI Exhibit Number | Description |
|---|---|
| 1 | Synopsis-Executive |
| 2 | Request for GBI Investigation by LT John Kennedy into Use of Force Incident |
| 3 | Collection of CAD History from Communications Officer April Bairentine |
| 4 | Examination of the Body of the Deceased, Chase Alan Sherman |
| 5 | Receipt of Written Statements of EMS Personnel from CCSO Deputy Donald Manger #178 |
| 6 | Interview with EMT-I Daniel Elliot and Paramedic Matthew Allen |
| 7 | Arrival and briefing at scene located at I-85 South near Exit 56, Newnan, Coweta County, GA; Written statements made by Mary Ann Sherman, Kevin Sherman, and Patricia Galloway, GBI Evidence Property Tag AA47768 - AA47770 |
| 8 | Crime scene examination conducted along I-85 S near Exit 56, Newnan, Coweta County, Georgia; Crime scene photos; Crime scene sketch; GBI Evidence Property Tag AA47771 - AA47774 |
| 9 | Consent to Search Jeep Patriot located at I-85 SB at MM56 |
| 10 | Photographing of Injuries Received by Kevin Sherman and Patricia Galloway |
| 11 | Interview of CCSO Deputy 1st Class Daniel Jenkins |
| 12 | Interview with CCSO Deputy Joshua Sepanski |

| 13 | Interview with CCSO Deputy Samuel Smith |
|----|----|
| 14 | Collection of Body Worn Camera Footage from CCSO Deputy Joshua Sepanski |
| 15 | CCSO Use of Force Policy and Georgia P.O.S.T. Training Records for CCSO Deputies Sepanski and Smith |
| 16 | Receipt of Information pertaining to Atlanta Police Department Contact with Chase Alan Sherman prior to Coweta County Sheriff's Office Contact |
| 17 | Collection of Additional Radio Traffic, Video Footage, Pictures, and Reports created by Coweta County Sheriff's Office |
| 18 | Criminal History Checks for CCSO Deputies Joshua Sepanski and Samuel Smith and Chase Alan Sherman |
| 19 | GA POST Officer Certification Records Check with Director Mitch Jones |
| 20 | Review of Personnel File of Deputies Joshua Sepanski and Samuel Smith |
| 21 | Obtaining of Atlanta Police Department Record of Contact with Chase Alan Sherman |
| 22 | Receipt of Prior POST Investigations for Deputy Samuel Smith |
| 23 | Summary documenting Taser download |
| 24 | Return of AA47768 and AA47769 to Captain Mark Fenninger |
| 25 | Taser Download of Deputy Samuel Smith's X-26 Taser |
| 26 | Receipt of Report of Interview with family of Chase Alan Sherman from CCSO Investigator Jon McIntyre |
| 27 | Report of Autopsy of Chase Alan Sherman |
| 28 | Case File Distribution to DA's Office |
| 29 | Case File Distribution to Coweta County Sheriff's Office |
| 30 | E-mail contact received from Attorney J. Chris Stewart on March 4, 2016 |

| 31 | Case Update: Assignment to ADA Kevin McMurray |
|----|------------------------------------------------|
| 32 | Case File Release to FBI |
| 33 | Contact with the attorney representing the Sherman family |
| 34 | Intelligence Request for Chase Alan Sherman |
| 35 | Police Records Search request for Walton County, Florida Sheriff's Office |
| 36 | Police Records Search request for Okaloosa County, Florida Sheriff's Office |
| 37 | Search for video and report information |
| 38 | Request for Video |
| 39 | Request for Audio and other requests |
| 40 | Prior Police Contact associated with Chase Sherman from Okaloosa County Sheriff's Office |
| 41 | Second Request for Walton County, Florida Sheriff's Office Records |
| 42 | Walton County Sheriff's Office Incident Reports |
| 43 | Intelligence Request on Information for locating Patricia Galloway |
| 44 | Records Search to locate Patricia Galloway |
| 45 | Attempt to locate and re-interview Patricia Galloway |
| 46 | Interview of Patricia Galloway |
| 47 | Interview of Kevin, Mary Ann, and David Sherman |
| 48 | Interview of Laura Maher |
| 49 | Contract with TASER, International to review BWC Footage and Taser Logs |
| 50 | Receipt of TASER International Examination Report |
| 51 | Patient Care Report from Coweta County Emergency Medical Service |
| 52 | Video Surveillance from Hartsfield-Jackson Atlanta International Airport; BB11007; BB11008 |

| 53 | Case File to DA's Office |
|---|---|
| 54 | Case File to FBI |
| 55 | Case File to Coweta County Sheriff's Office |
| 56 | Case Update |
| 57 | NMS Labs Report for Medical Examiner's Office |
| 58 | Partial Case File to DA's Office |
| 59 | Letter from DA Skandalakis declining prosecution |