IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KEVIN SHERMAN, MARY SHERMAN, the father and mother of Chase Sherman, and the ESTATE OF CHASE ALAN SHERMAN,<br><br>Plaintiffs,<br><br>V.<br><br>JOSHUA SEPANSKI, SAMUEL SMITH, and DANIEL ELLIOTT, in their Individual Capacities,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 3:16-CV-00201-TCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Kevin Sherman, Mary Ann Sherman, and the Estate of Chase Alan Sherman; and Defendants Joshua Sepanski, Samuel Smith, and Daniel Elliot (collectively referred to as the "Parties"), and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this action shall be and is dismissed in its entirety WITH PREJUDICE. The Parties further stipulate and agree that Plaintiffs and Defendants shall bear all of their own attorneys' fees and costs with respect to this action and said dismissal.

- 2 -

Respectfully submitted this 26<u>th</u> day of February, 2018.

                                            **STEWART, SEAY & FELTON, LLC**

                                            */s/ Eugene Felton, Jr.*
                                            Eugene Felton, Jr.
                                            Georgia Bar No. 257840
                                            efelton@ssfjustice.com
                                            Larry Christopher Stewart
                                            Georgia Bar No. 142289
                                            cstewart@ssfjustice.com

260 Peachtree Street NW
Suite 1001
Atlanta, GA 30303
404-637-0240 (telephone)
404-637-0241 (facsimile)

                                            **LAW OFFICE OF BRIAN SPEARS**

                                            */s/ G. Brian Spears*
                                            G. Brian Spears
                                            Georgia Bar No. 670112
                                            bspears@mindspring.com

1126 Ponce de Leon Ave., NE
Atlanta, GA  30306
(404) 872-7806 (telephone)
(404) 892-1128 (facsimile)          *Attorneys for Plaintiffs*

*[signatures continued on next page]*

                    **FREEMAN MATHIS & GARY, LLP**

                    */s/ Dana K. Maine*
                    Dana K. Maine
                    Georgia Bar No. 466580
                    dmaine@fmglaw.com
                    Kevin R. Stone
                    Georgia Bar No. 830640
                    kstone@fmglaw.com

                    *Attorneys for Defendant Daniel Elliott*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

                    **GRAY RUST ST. AMAND MOFFETT & BRIESKE, LLP**

                    */s/ Harvey Scott Gray*
                    Harvey Scott Gray
                    Georgia Bar No. 305838
                    hgray@grsmb.com
                    Dianna J. Lee
                    Georgia Bar No. 163391
                    dlee@grsmb.com

950 East Paces Ferry Road
Suite 1700
Atlanta, GA 30326
(404) 870-5955 (telephone)